**Order entered April 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00207-CV

**WALTER O. AND TERREE L. PURICELLI, Appellants**

**V.**

**SAXON MORTGAGE SERVICES, INC., ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-12790-E**

## ORDER

The Court has before it appellees' April 18, 2013 motion to dismiss for failure to prosecute. The Court **DENIES** the motion. The Court has been informed by the Dallas County District Clerk that appellant has neither paid nor made arrangements to pay the clerk's fee. If appellant does not provide documentation showing that he has done so within ten days, this case may be dismissed without further notice.

/s/     DAVID LEWIS
JUSTICE